February 13th 2015

Court of Criminal Court of Appeals.
"Texas"
P.O. Box 12308. Capital Station,
Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

Dean E. Calhoun
563762 CCJ.
3005 W. San Antonio St.
New Braunfels Texas
78130

DEAR SIRS,

I have finally gotten the proof I need to prove that I am innocent. I have given the information to the DA's office but unfortunately the assistant DA is a part of this concerted effort to suppress the exculpatory evidence and don't think they're doing anything more than covering it up also,— Who do I go to for help.? The police in this county as well as the prosecutors office are all involved in prosecutorial misconduct. Please Help.

CR 2010-216

Dean E. Calhoun

Dec. 13, 2014

My name is Jeannie Morton, my date of birth is July 12, 1965, and the last four digits of my social security number is 8096.

This is my inmate declared affidavit regarding facts concerning Duan E. Calhoun.

Duan Calhoun did not assault me by punching me in the face, I lied.

Duan Calhoun did not assault Logan Burger by choking him, I lied.

At the time I was being pressed by CPS to file these charges and was in fear of losing my son due to prior drug usage. I also instructed Brenda in how to word her statement as to back mine up. This affidavit should also prove her statement to be based on false information.

At this time I ask that any charges toward Duan be dropped due to false allegations.

I make this statement freely as I am currently incarcerated at the Guadalupe County Adult Detention Center located at 2615 N. Guadalupe Street, Seguin, Tx. 78155

Signed: Jeannie Morton    TDC # 1678483, SO # 10312-25
12.13. 2014    TDL # 10516302